UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **ADRIA M. RAVEN** | * | **CIVIL ACTION NO.  15-2810** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **KRAFTMAN FEDERAL CREDIT UNION** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 5] filed by Defendant Kraftman Federal Credit Union is GRANTED IN PART and DENIED IN PART.  To the extent that Defendant moved for dismissal based on a lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), the motion is DENIED.  To the extent that Defendant moved for dismissal for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), the motion is GRANTED. Plaintiff's claims for hostile work environment and failure to accommodate religious practices (except for her name change) under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and her claims under the Louisiana Employment Discrimination Law, La. Rev. Stat. § 23:332 are hereby DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 20th day of June, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE